# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Amon, Carol B | **2. Court or Organization**<br><br>U. S. District Court, EDNY | **3. Date of Report**<br><br>05/12/2006 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br>01/01/2005<br>to<br>12/31/2005 |
| **7. Chambers or Office Address**<br><br>225 Cadman Plaza East<br>Room 908S<br>Brooklyn, New York 11201 | **8.** On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
JUN 1 II 08 AM '06
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/22/05 | Brooklyn Law School - Teaching- Law Clerk Ethics | $ 1000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. (S) | Self-Employed Lawyer - Law Partnership Distribution |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Pepperdine University School of Law | Malibu, California: March 17 - 19, 2005 - Lecturer at the Judicial Law Clerk Institute. (Transportation, lodging and meals) |
| 2. George Mason University Law & Economics Center | Sedona, Arizona: July 14 - 17, 2005 - Religious Origins of Western Culture - Seminar (Transportation, lodging and meals) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Intenal Revenue Service | Federal Income Tax | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA Accts Citibank, Bklyn,NY FidelityAd.DynamicCapitalAppFud | B | Dividend | K | T | | | | | |
| 2. Law Partnership,Cap.Acct | | None | M | T | | | | | |
| 3. Janney Montgomery | A | Interest | J | T | | | | | |
| 4. ████████ Pension Plan | A | Interest | J | T | | | | | |
| 5. ████████ PrfShrPlan | A | Interest | J | T | | | | | |
| 6. Citibank N.A., Money Market | B | Interest | K | T | | | | | |
| 7. FidelityContraFund II | A | Dividend | J | T | | | | | |
| 8. Fidelity IndependenceFund | A | Dividend | J | T | | | | | |
| 9. FastComm Communications Corp. (cómmon) | | None | J | T | SeeVIII | | | | |
| 10. Aim Midcap Growth Fund | A | Dividend | J | T | | | | | |
| 11. Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 12. Fidelity Ad. Tech Fund | A | Dividend | J | T | | | | | |
| 13. SmithBarney Sector Services | A | Dividend | J | T | See VII | | | | |
| 14. SmithBarney FDS, Inc. | A | Dividend | J | T | See VIII | | | | |
| 15. MFS Moderate Allocation | B | Dividend | M | T | | | | | |
| 16. Chase Select Checking | A | Interest | J - | T | | | | | |
| 17. Four Winds Inv. LLC | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sinofresh Healthcare Inc. | | None | | | sell | 4/05 | J | A | |
| 19. Uniphyd, Inc. | | None | J | T | | | | | |
| 20. Biodeisel America, Inc. | | None | J | T | | | | | |
| 21. Encore Networks, Inc. | | None | L | T | See VIII | | | | |
| 22. Webcasting TV, Inc. | | None | J | T | | | | | |
| 23. Rental Property - Newport, Vt. | B | Rent | N | W | See VIII | | | | |
| 24. Equitable Variable Life Policy | B | Interest | J | T | | | | | |
| 25. Sivault Systems, Inc. | | None | J | T | | | | | |
| 26. Sivault Systems, Inc. | | None | J | T | | | | | |
| 27. Sivault Systems, Inc. (option) | | None | J | T | buy | 8/05 | J | | See VIII |
| 28. Sivault Systems Inc. | | None | M | T | buy | 11/05 | M | | |
| 29. Alpha Int'l Holdings Inc. | | None | | | buy | 4/05 | L | | |
| 30. Alpha Int'l Holdings, Inc. | | None | | | sell | 8/05 | L | A | |
| 31. Rental Property Newport, Vt. | | | M | R | buy | 9/05 | M | | See VIII |
| 32. Cranston II, LLC | | None | M | Q | buy | 3/05 | M | | See VIII |
| 33. Aim Technology FD | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: Part VII

Item 9 - FastComm Communications - Company filed Chapter 11; shares are deemed worthless.

Items 13 & 14 - Funds' names changed.

Item 21 - Market value of vested options less exercise price on 12/31/05.

Item 23 - Rental property located in City of Newport, Chittendon County, Vermont inherited by ▇▇▇ in 1994. Value at date acquired - $200,000.

Item 27 - Market value of vested options less exercise price at 12/31/05.

Item 31 - Rental property located in City of Newport, Chittendon County, Vermont acquired by ▇▇▇ in 2005. Value at date acquired - $220,000.

Item 32 - Interest in Cranston II, LLC is owned through Denmark Management, LLC.

Item 33 - Aim Technology FD - This mutual fund holding was inadvertently omitted from the 2003 and 2004 Reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B | 05/12/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544